UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAFAEL MADRIGAL,<br><br>    Defendant. | Case No. 1:08-cr-00112-BLW<br><br>MEMORANDUM DECISION AND ORDER |

## INTRODUCTION

Pending before the Court is Defendant Rafael Madrigal's Motion for Sentence Relief Under the Federal Bureau of Prisons Non-Violent Offender Relief Act of 2003 H.R. 3575(a) (Dkt. 63). The Court will deny the motion.

## ANALYSIS

In September 2008, Madrigal pleaded guilty to illegal re-entry, possession of an unregistered firearm, and forfeiture. He was sentenced to 130 months' imprisonment. The Ninth Circuit affirmed his sentence.

Madrigal now asks the Court for a sentence reduction under legislation that supposedly revised 18 U.S.C. § 3624. Defendant asserts that § 3624 now provides that a prisoner should be released if he: (1) is 45 years or older; (2) has completed fifty percent

of his sentence; (3) has not committed a violent crime; and (4) has not violated prison rules in any violent way. See Dkt. 63, at 1-2.

The problem is that Congress has not revised § 3624 as presented in Madrigal's motion. Rather, Madrigal is relying on a bill – *The Federal Bureau of Prisons Nonviolent Offender Relief Act of 2003*, H.R. 3575, 108th Cong. (2003) – that was never enacted. Accordingly, the motion will be summarily denied.

## ORDER

Defendant Rafael Madrigal's Motion for Sentence Relief Under the Federal Bureau of Prisons Non-Violent Offender Act of 2203 H.R. 3575(a) (Dkt. 63) is **DENIED**.

DATED: December 8, 2015

B. Lynn Winmill
Chief Judge
United States District Court